UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Taylor Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Four Seasons Greetings LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Court File No. 01-CV-1293 DSD/SRN<br><br>**STIPULATION AND ORDER** |

STIPULATION

The parties hereto, by and through their respective counsel, hereby stipulate as follows:

1. That plaintiff may serve and file an Amended Complaint on or before August 22, 2001; and

2. That defendant shall answer or otherwise respond to plaintiff's Amended Complaint on or before ten (10) days after service of the Amended Complaint, pursuant to Rule 15.01 of the Federal Rules of Civil Procedure.

Dated: August 24, 2001

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By [signature]
Laura J. Hein
Attorney No. 155160
Attorneys for plaintiff Taylor Corporation
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

FILED AUG 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: August 24, 2001

SHEEHY LAW OFFICE

By [signature]
James Sheehy
Attorney No. 200888
Attorneys for defendant Four Seasons Greetings LLC
Barristers Trust Building
247 Third Avenue South
Minneapolis, MN 55415
Telephone: (612) 341-1011

ORDER

Pursuant to the above Stipulation of the parties,

IT IS HEREBY ORDERED:

1. That plaintiff may serve and file an Amended Complaint on or before August 22, 2001; and

2. That defendant shall answer or otherwise respond to plaintiff's Amended Complaint on or before ten (10) days after service of the Amended Complaint, pursuant to Rule 15.01 of the Federal Rules of Civil Procedure.

Dated: August 27, 2001

BY THE COURT:

[signature]
Susan Richard Nelson
United States Magistrate Judge

GP:819583 v1

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500