138733

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-1293 **Case Title:** Taylor Corporation v. Four Seasons Greetings, LLC

**Affidavit of Movant**

I, James B. Sheehy, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Kathleen Rheintgen an attorney admitted to practice in the district court District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Four Seasons in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] | MN Attorney License #: 200888 | Date: 11/27/01

**Affidavit of Proposed Admittee**

I, Joseph E. Cwik, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Joseph E. Cwik | Signature: [signature] | Date: 11/20/01

Attorney License Number: 6229095

Law Firm Name & Address: Welsh & Katz
120 South Riverside Plaza - 22nd Floor
Chicago, Illinois 60606

Telephone: (312) 655-1500

Motion Granted: [signature] Richard D. Sletten, /ljj
For the Court: Richard D. Sletten, Clerk

Date: NOV 28 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED NOV 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______