UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Taylor Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Four Seasons Greetings LLC,<br><br>Defendant. | ) | Court File No. 01-CV-1293 DSD/SRN<br><br>**AMENDED PRETRIAL SCHEDULING ORDER** |

Pursuant to the stipulation of the parties, and good cause having been demonstrated by the parties as required by Local Rule 16.3, the Court amends its October 24, 2001 Pretrial Scheduling Order as follows.

Discovery Plan

1. Discovery shall be commenced in time to be completed by January 10, 2003.

Non-Dispositive Motions

1. All non-dispositive motions and supporting documents, other than those that seek to amend the pleadings or add parties, shall be served and filed by January 24, 2003.

Dispositive Motions

1. All dispositive motions shall be served, filed and scheduled by March 3, 2003.

Trial

1. This case shall be ready for trial (JURY) on March 31, 2003, or upon resolution of any pending dispositive motions.

All other provisions of this Court's October 24, 2001 Pretrial Scheduling Order remain in effect.

Dated: August 22, 2002.

BY THE COURT:

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge

GP:911374 v1