UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Taylor Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Four Seasons Greetings LLC,<br><br>Defendant. | ) | Court File No. 01-CV-1293 DSD/SRN<br><br>**AMENDED PRETRIAL SCHEDULING ORDER** |

Pursuant to the stipulation of the parties, and good cause having been demonstrated by the parties as required by Local Rule 16.3, the Court amends its October 24, 2001 Pretrial Scheduling Order as follows.

Discovery Plan

1. Discovery shall be commenced in time to be completed by April 10, 2003.

Non-Dispositive Motions

1. All non-dispositive motions and supporting documents, other than those that seek to amend the pleadings or add parties, shall be served and filed by April 24, 2003.

Dispositive Motions

1. All dispositive motions shall be served, filed and scheduled by June 3, 2003.

Trial

1. This case shall be ready for trial (JURY) on June 30, 2003, or upon resolution of any pending dispositive motions.

DEC 11 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

All other provisions of this Court's October 24, 2001 Pretrial Scheduling Order remain in effect.

Dated: December 12, 2002.

BY THE COURT:

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge