**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Taylor Corporation,**

**Plaintiff,**

**v.**

**Four Seasons Greetings LLC,**

**Defendant.**

**Civil No. 01-1293 (DSD/SRN)**

**ORDER**

---

Laura J. Hein, Esq., on behalf of Plaintiff

James Sheehy, Esq., on behalf of Defendant

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above entitled matter came before the undersigned United States Magistrate Judge on Defendant's Motion to Strike Plaintiff's Motion for Leave to Serve and File a Second Amended Complaint in Violation of the Court's Pretrial Scheduling Order (Doc. No. Pending) and Motion to Stay Application of Local Rule 7.1(a) Pending Ruling on Defendant's Motion to Strike Plaintiff's Motion to Serve and File Second Amended Complaint in Violation of the Court's Pretrial Scheduling Order (Doc. No. Pending). This matter has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and Local Rule 72.1.

Defendant argues that Plaintiff's motion to amend the complaint should be stricken because the deadline for amending the pleadings has passed, Plaintiff improperly seeks to amend under Federal Rule of Civil Procedure 15(a) (and its accompanying standard) as opposed to Rule



JUN 19 2003

16(b) (and its accompanying standard), and Plaintiff cannot show good cause to amend. Obviously, Plaintiff may move to amend the complaint, and Defendant may argue that such motion be denied. These arguments, however, are properly addressed in supporting briefs, responsive briefs, and at the hearing on this matter. Moreover, the Court is quite aware of the appropriate showing required under the factual circumstances portrayed by Defendant, but, of course, Plaintiff is entitled to make its own arguments and marshal its own facts. Accordingly, Defendant's motion to strike and motion to stay is denied.

**THEREFORE, IT IS HEREBY ORDERED that:**

1. Defendant's Motion to Strike Plaintiff's Motion for Leave to Serve and File a Second Amended Complaint in Violation of the Court's Pretrial Scheduling Order (Doc. No. Pending) is **DENIED**.

2. Defendant's Motion to Stay Application of Local Rule 7.1(a) Pending Ruling on Defendant's Motion to Strike Plaintiff's Motion to Serve and File Second Amended Complaint in Violation of the Court's Pretrial Scheduling Order (Doc. No. Pending) is **DENIED**.

Dated: June 18, 2003

SUSAN RICHARD NELSON
United States Magistrate Judge