UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1293 (DSD/SRN)

Taylor Corporation,

Plaintiff,

v. **ORDER**

Four Seasons Greetings, LLC,

Defendant.

This matter is before the court on the request made by counsel to contact jurors who served in this case. Counsel have assured the court that they have no intention of criticizing the result reached. Accordingly, **IT IS HEREBY ORDERED** that counsel may contact the jurors who served in this case and may contact the District Court Jury Clerk to obtain the jurors' addresses and phone numbers. When contacting the jurors, counsel must inform the jurors that they have absolutely no obligation to comment on the case.

Further, counsel must limit their questions to matters of counsels' style and presentation and must not discuss matters relating to the deliberative process or the substantive issues in the trial.

Dated: August 11, 2003

David S. Doty, Judge
United States District Court

FILED 8-11-03
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______