UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1293(DSD/SRN)

Taylor Corporation,

Plaintiff,

v.

**ORDER**

Four Seasons Greetings, LLC,

Defendant.

This matter is before the court upon the parties' letters regarding the remaining "ownership" issues in this action. In its letter, which the court construes as a motion, Four Seasons Greetings, LLC, ("Four Seasons") requests (1) that Taylor Corporation ("Taylor") provide its evidence of chain of title from Creative Card to Taylor Corporation no later than August 21, 2003, (2) that defendant be given until October 21, 2003, to conduct discovery, including depositions of any relevant persons with information or any witnesses that Taylor intends to call to prove ownership and that (3) an evidentiary hearing be set in November unless the defendant advises the court that the matter is ripe for resolution by the court as a matter of law.

Taylor opposes Four Seasons' request to reopen discovery. Taylor proposes that the parties submit proposed findings of fact and conclusions of law on the ownership issue, with accompanying evidentiary support, after the court has issued its findings of

FILED AUG 26 2003
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

fact and conclusions of law on the infringement issues that were the subject of the trial.

After review of the file, record and proceedings herein, **IT IS HEREBY ORDERED** that:

1. This case shall not be reopened for discovery;

2. An evidentiary hearing on the issue of ownership shall be set before Judge David S. Doty at the United States Courthouse, Courtroom 14 West, 14th Floor, 300 South Fourth Street, Minneapolis, Minnesota, on October 10, 2003, to commence at 9:30 a.m.;

3. Counsel are requested to furnish the court with the materials required under Local Rule 39.1 at the times specified; and

4. Within 14 days of the court having completed the evidentiary hearing on the ownership issues, the parties shall submit proposed findings of facts and conclusions of law on the issues of infringement and ownership.

Dated: August 26, 2003

David S. Doty, Judge
United States District Court