UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1293(DSD/SRN)

Taylor Corporation,

Plaintiff,

v.

**ORDER**

Four Seasons Greetings, LLC,

Defendant.

The evidentiary hearing on the issue of ownership set for October 10, 2003, is continued to October 14, 2003, 9:00 a.m. before Judge David S. Doty at the United States Courthouse, Courtroom 14 West, 300 South Fourth Street, Minneapolis, Minnesota.

Subpoenas issued for the October 10, 2003, hearing will remain in force and effect.

Dated: October 1, 2003

David S. Doty, Judge
United States District Court

FILED OCT - 2 2003
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______