UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Taylor Corporation,

v. Civil No. 01-1293(DSD/SRN)

Four Seasons Greetings, LLC.

---

Taylor Corporation,

v. Civil No. 03-5054(JMR/FLN)

Four Seasons Greetings LLC.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

Case No. 01-1293(DSD/SRN) having been assigned to Judge David S. Doty and Case No. 03-5054(JMR/FLN) having later been assigned to Judge James M. Rosenbaum, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 03-5054(JMR/FLN) be assigned to Judge Doty and Magistrate Judge Susan R. Nelson, nunc pro tunc, by use of a card on the Patent list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this court's Assignment of Cases Order filed February 10, 2003.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: October 6, 2003

David S. Doty, Judge
United States District Court

Dated: October 7d, 2003

James M. Rosenbaum, Judge
United States District Court

FILED 10-8-03
Richard D. Sletten, CLERK
Judgment Ent'd