UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Taylor Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Four Seasons Greetings LLC,<br><br>Defendant. | ) | Civil No. 01-1293 (DSD/SRN)<br><br>**[redacted] ORDER IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH SUBPOENAS** |

The above-entitled matter came on before the undersigned on the 10th day of October, 2003, on a Motion to Quash Subpoenas by plaintiff Taylor Corporation. The Court, having heard the arguments of counsel and being fully advised, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the Plaintiff's Motion to Quash Subpoenas is hereby granted. The subpoenas served up Pamela Springer, Phillip Bohl, Emily Rudie, and a secretary for Laura Hein from 1/1/99 to present to the extent it is not Ms. Springer, are quashed.

Dated: 10/10/03

David S. Doty
Judge of District Court

GP:1508236 v1

FILED OCT 1 0 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS