AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Taylor Corporation,

V.

Four Seasons Greetings, LLC,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1293 (DSD/SRN)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendant Four Seasons Greetings, LLC is adjudged to have willfully infringed plaintiff's Taylor Designs. Defendant, along with its officers, agents, servants, employees and all persons in active concert or participation with any of them, is permanently enjoined from any further copying, manufacture, production, reproduction, publication, display, distribution, promotion, sale or offering for sale of the six Four Seasons designs. Defendant is ordered to deliver to plaintiff all inventory of infringing products in its possession, or subject to its control, for impoundment and destruction.

December 8, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Heather Labat, Deputy Clerk