**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Taylor Corporation,<br><br>Plaintiff,<br>v.<br><br>Four Seasons Greetings LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 01-CV-1293 (DSD/SRN) |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT**

Notice is hereby given that Four Seasons Greetings, LLC, Defendant in the above-referenced case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the judgment entered in this action on December 8, 2003 (Docket # 170) as amended and entered in this action on December 11, 2003 (Docket # 172) and any other judgments, orders, rulings, or parts thereof that may be appealed at this time.

Respectfully submitted,

**SHEEHY LAW OFFICE**

Dated: 1/7/04

James Brian Sheehy (#200888)
Barristers Trust Building
247 Third Avenue South
Minneapolis, MN 55415-1003
Telephone: (612) 341-1011

R. Mark Halligan
Welsh & Katz, Ltd.
120 S. Riverside Plaza
22nd Floor
Chicago, IL 60606-3945
Telephone: (312) 655-1500
Attorneys for Defendant
Four Seasons Greetings, LLC

173

JAN 07 2004
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL OF APPEAL

**Date:** January 8, 2004
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Heather Labat, Deputy Clerk

**In Re:** District Court Case No.: 01-1293 DSD/SRN
Eighth Circuit Case No.:
Case Title: Taylor Corporation v Four Seasons Greetings LLC

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

- ☒ Notice of Appeal
- ☒ Order/Judgement appealed from
- ☒ Docket Entries
- ☐ Other:
  - ☒ The statutory filing fee has been paid, receipt # 430065.
  - ☐ The statutory filing fee has been waived:
    - ☐ USA filed appeal
    - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

- ☐ Original File(s), consisting of file(s).
- ☒ Two certified copies, and one uncertified copy of updated docket sheet from 7/17/01.
- ☐ Designated Clerk's Record # .
- ☐ Other:
- ☒ Transcript(s): (Listed below or on attached list)

| Volume | Date | Proceeding |
|---|---|---|
| | 7/31/03 | Pretrial Conference |
| Vol.2-6 | 8/4/03-<br>8/8/03 | Trial |
| | 10/14/03 | Trial |

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: __________ Received by: __________

Date Returned to USDC: __________