UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1293(DSD/SRN)

Taylor Corporation,

Plaintiff,

v. **ORDER**

Four Seasons Greetings LLC,

Defendant.

This matter is before the court upon defendant's motion for relief from judgment pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure.

Relief from a judgment under Rule 60(b)(6) is only justified in "extraordinary circumstances." Kan. Pub. Employees Ret. Sys. v. Reimer & Koger Assocs., Inc., 194 F.3d 922, 925 (8th Cir. 1999). Defendant cites only one reason why it should have relief from the court's judgment: it has taken an appeal in which it may prevail. This circumstance, however, is not extraordinary.

Accordingly, **IT IS HEREBY ORDERED** that defendant's motion for relief from judgment [Docket No. 174] is denied.

Dated: March 5, 2004

s/David S. Doty
David S. Doty, Judge

United States District Court