**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**CLERK'S OFFICE**

**RECORDS TRANSMITTAL SHEET**

**DATE:** June 13, 2005

RE: 04-1088 Taylor Corp. vs. Four Seasons

**TO:** Mr. Richard Sletten

**FROM:** James Foster

RECEIVED
05 JUN 15 PM 3:20
CLERK U.S. DIST. CT.
MINNEAPOLIS

Enclosed are the following records for return to your office:

Original file: Transcript: 11 vols.

Deposition: Sealed:

Exhibits: 1 expandable folder

Other:

[x] Case closed [ ] Counsel appointed

[ ] Per your request [ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s): CIV 01-1293 DSD/SRN

jjf

SCANNED
JUN 15 2005
U.S. DISTRICT COURT MPLS