04-1088
1740504

# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL INFORMATION SHEET

**Date:** February 27, 2004

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Heather Labat, U.S. District Court - Minnesota

**In Re:** District Court Case No.: 01-1293 DSD/SRN
Eighth Circuit Case No.: 04-1088
Case Title: Taylor Corporation v Four Season Greetings, LLC

---

TRANSMITTED HEREWITH:

- ☐ Original File(s), consisting of file(s).
- ☐ Two certified copies, and one uncertified copy of updated docket sheet from
- ☐ Designated Clerk's Record #
- ☑ Other: Exhibits P1-12; D64; D9; D166; D201; D256; D263
- ☐ Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

Records Returned

JUN 21 2005

RECEIVED
FEB 27 2004
U.S. COURT OF APPEALS
EIGHTH CIRCUIT - ST. PAUL

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________

Date Returned to USDC: ____________

Modified 05/09/03